# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH MICROSOFT CORPORATION ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | Case No. 18-MJ-723 (Go)<br><br>**SEALED FILING** |

## CERTIFICATE OF SERVICE

I, Jordan S. Joachim, hereby certify that on the 5th Day of September, 2018, I caused a true and correct copy of (1) Application for Leave to File Document Under Seal, (2) Microsoft Corporation's ("Microsoft's") Notice of Motion to Modify Non-Disclosure Order, (3) Microsoft's Memorandum of Law in Support of Motion to Modify Non-Disclosure Order, (4) Declaration of Jordan S. Joachim in Support of Motion to Modify Non-Disclosure Order, (5) [Proposed] Order Granting Microsoft's Motion to Modify, (6) Microsoft's Notice of Motion to Stay Compliance with the Warrant, (7) Microsoft's Memorandum of Law in Support of Motion to Stay Compliance with the Warrant, (8) Declaration of Jordan S. Joachim in Support of Motion to Stay Compliance with the Warrant, (9) [Proposed] Order Granting Microsoft's Motion to Stay Compliance with the Warrant, (10) Notice of Appearance for Nancy L. Kestenbaum, (11) Notice of Appearance for Jordan S. Joachim, (12) Motion for Admission Pro Hac Vice of James M. Garland, (13) Motion for Admission Pro Hac Vice of Alexander A. Berengaut, (14) Motion for Admission Pro Hac Vice of Katharine R. Goodloe to be served via hand delivery upon the United States Attorney for the Eastern District of New York at the following address:

    Ian C. Richardson, Esq.
    Assistant United States Attorney

United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

                                                       Jordan Joachim, EDNY Bar # JJ5171
                                                      COVINGTON & BURLING LLP
                                                      The New York Times Building
                                                      620 Eighth Avenue
                                                      New York, NY 10018-1405
                                                      Tel: 212-841-1000
                                                      Fax: 212-841-1010
                                                      jjoachim@cov.com