# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

**Jordan Joachim**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1086
jjoachim@cov.com

**BY HAND DELIVERY**

September 5, 2018

Office of the Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   In the Matter of the Search of Information Associated with
Microsoft Corporation Accounts that is Stored at Premises
Controlled by Microsoft Corporation, No. 18-MJ-723

To Whom it May Concern:

We represent Microsoft Corporation ("Microsoft") in the above-captioned matter concerning a non-disclosure order ("NDO") and warrant issued by the Honorable Marilyn D. Go on August 3, 2018. Microsoft is moving to modify the NDO and moving to stay compliance with the warrant pending resolution of the motion to modify the NDO.

We are also moving to seal this filing pursuant to the warrant and NDO, which are subject to a sealing order issued by Judge Go on August 3, 2018. The application for leave to file documents under seal includes the following documents:

(1) Application for Leave to File Document Under Seal;

(2) Microsoft's Notice of Motion to Modify Non-Disclosure Order;

(3) Microsoft's Memorandum of Law in Support of Motion to Modify Non-Disclosure Order;

(4) Declaration of Jordan S. Joachim in Support of Motion to Modify Non-Disclosure Order;

(5) [Proposed] Order Granting Microsoft's Motion to Modify;

(6) Microsoft's Notice of Motion to Stay Compliance with the Warrant;

**COVINGTON**

(7) Microsoft's Memorandum of Law in Support of Motion to Stay Compliance with the Warrant;

(8) Declaration of Jordan S. Joachim in Support of Motion to Stay Compliance with the Warrant;

(9) [Proposed] Order Granting Microsoft's Motion to Stay Compliance with the Warrant;

(10) Notice of Appearance for Nancy L. Kestenbaum;

(11) Notice of Appearance for Jordan S. Joachim;

(12) Motion for Admission Pro Hac Vice of James M. Garland;

(13) Motion for Admission Pro Hac Vice of Alexander A. Berengaut;

(14) Motion for Admission Pro Hac Vice of Katharine R. Goodloe; and

(15) Certificate of Service.

We stand ready to pay the fees associated with the enclosed Motions for Admission Pro Hac Vice at the Court's direction.

We respectfully request that the Court file these papers under seal and direct copies to the appropriate United States Magistrate Judge. Please also file-stamp one copy of each document and return them to me. Thank you for your attention to this matter.

Respectfully submitted,

Jordan S. Joachim

cc:

Ian C. Richardson, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

*For the United States Attorney's Office*
*Eastern District of New York*

Enclosures