UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH MICROSOFT CORPORATION ACCOUNTS THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION

Case No. 18-MJ-723 (Go)

**Microsoft Corporation's Notice of Motion to Stay Compliance with the Warrant**

**SEALED FILING**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Jordan S. Joachim and accompanying exhibits, dated September 5, 2018, Microsoft Corporation ("Microsoft"), by counsel, hereby moves this Court, before the Honorable Marilyn D. Go, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, as soon as counsel may be heard, for an Order to stay compliance with the warrant directed to Microsoft until the Court rules on Microsoft's Motion to Modify Non-Disclosure Order.

Dated: September 5, 2018

Respectfully submitted,

Nancy Kestenbaum EDNY Bar # NK9768

Jordan Joachim EDNY Bar # JJ5171
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
Fax: 212-841-1010
nkestenbaum@cov.com
jjoachim@cov.com

James M. Garland*
Alexander A. Berengaut*

Katharine R. Goodloe*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
United States of America
Tel: 202-662-6000
Fax: 202-662-6291
jgarland@cov.com
aberengaut@cov.com
kgoodloe@cov.com
*Applications for admission pro hac vice pending

Counsel for Microsoft Corporation