UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In the Matter of the Search of Information Associated with Microsoft

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

18-MJ-723

--------------------------------------------------------X

TO: Opposing Counsel

____________________________

____________________________

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Covington & Burling, LLP and a member in good standing of the bar(s) of the State(s) of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for XXXXXXXXXXXt Microsoft Corporation.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 8/30/2018

Signature of Movant
Firm Name Covington & Burling, LLP
Address One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Email jgarland@cov.com
Phone 202-662-5337

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

In the Matter of the Search of Information Associated with Microsoft Corporation Accounts That is Stored at Premises Controlled by Microsoft Corporation

---------------------------------------------------X

AFFIDAVIT OF James M. Garland IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*
18-MJ-723

James M. Garland, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Covington & Burling LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] ~~have or~~ **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] ~~have or~~ **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ Microsoft Corporation.

Dated: August 30, 2018

[signature]
Signature of Movant
Firm Name Covington & Burling LLP
Address 850 Tenth Street NW
Washington, DC 20001
Email jgarland@cov.com
Phone 202-662-5337

NOTARIZED

DISTRICT OF COLUMBIA: ss
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 30 DAY OF August, 2018.

[signature]
NOTARY PUBLIC
My Commission Expires 8/14/2023






On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*James McGarland*

was duly qualified and admitted on **December 3, 2001** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 30, 2018.**

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: [signature]
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**