

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT:ICR
F. #2017R02031

271 Cadman Plaza East
Brooklyn, New York 11201

August 6, 2019

**TO BE FILED UNDER SEAL**

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: In the Matter of the Search of Information Associated With Specified
       Email Accounts
       Magistrate Docket No. 18-723

Dear Judge Kuo:

  The government respectfully submits this letter (1) pursuant to the Court's July 31, 2019 Order denying Microsoft's motion to modify the non-disclosure order (the "July 31 Order"), to advise the Court that the government believes that the July 31 Order can be unsealed in whole without further redactions, (2) [REDACTED] and (3) to request that the Court set a briefing schedule for any objections that Microsoft may choose to file to the July 31 Order.

  1. The Government's Position on Redactions

  Pursuant to the Court's July 31 Order, the government has reviewed the text of the July 31 Order to determine what, if any, portions of the July 31 Order should be redacted to protect the integrity of the government's ongoing investigation. Although the July 31 Order quotes and describes portions of the affidavit submitted ex parte and under seal in support of the application for a search warrant, the quotations and references in the July 31 Order have been sanitized of information that could be used to identify Microsoft's enterprise customer and the other subjects of the investigation, such that the inclusion of the quotations and references in the July 31 Order is not likely to disclose the government's ongoing investigation

to the subjects of the investigation. Accordingly, the government has no objection to unsealing the July 31 Order without redactions.

Microsoft has advised that it will submit its comments on redactions no later than August 30, 2019, in accordance with the July 31 Order.

2. 

3. <u>Briefing Schedule on Microsoft's Potential Objections to the July 31 Order</u>

Microsoft has advised the government that it may seek review of the Court's July 31 Order before a U.S. district judge. Accordingly, the government and Microsoft jointly request that the Court so-order the following briefing schedule for any objections that Microsoft may choose to make to the Court's July 31 Order:

- Microsoft will file any objections to the July 31 Order by Friday, September 13, 2019;
- The government will file its response to Microsoft's objections by Friday, October 11, 2019;
- Microsoft will file its reply to the government's objections by Friday October 25, 2019; and
- The district judge assigned to consider any objections Microsoft files will schedule oral argument, if any, at a date and time convenient to the assigned district judge.

4. Request for Sealing

Finally, because this letter discusses a sealed proceeding relating to a matter occurring before a grand jury in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that is subject to the secrecy protections of Fed. R. Crim. P. 6(e), the government respectfully requests that the Court file this letter and any resulting order under seal. See Fed. R. Crim. P. 6(e)(2)(B) and (6); United States v. Haller, 837 F.2d 84, 87-88 (2d Cir. 1988) (sealing is appropriate to maintain grand jury secrecy).

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Ian C. Richardson
Assistant U.S. Attorney
(718) 254-7000

cc:   All Counsel of Record (By Email)

3