# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Alexander Berengaut**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5367
aberengaut@cov.com

September 9, 2019

**To Be Filed Under Seal**

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  In the Matter of the Search of Information Associated with Email Accounts
          Magistrate Docket No. 18-723

Dear Judge Kuo:

    We write on behalf of the parties in the above-captioned matter. As the Court knows, on September 5, 2018, Microsoft filed a Motion to Modify the Non-Disclosure Order ("NDO") in this matter. On July 31, 2019, this Court denied Microsoft's Motion (the "July Order"). Dkt. No. 35.

    The NDO at issue in Microsoft's motion expired by its terms on August 3, 2019. Two days earlier, on August 1, 2019, the government obtained a renewed non-disclosure order ("renewed NDO"), which Microsoft sought to modify by motion dated September 5, 2019 ("renewed Motion"). Meanwhile, Microsoft intends to file objections to the July Order by September 13, 2019, in accordance with this Court's scheduling order dated August 7, 2019. The legal and factual issues in Microsoft's renewed Motion are the same as those in Microsoft's objections to the July Order.

    In light of Microsoft's pending objections to the July Order, the parties respectfully submit that it would reduce duplicative litigation and serve the interests of judicial economy for Microsoft's renewed Motion to be considered in the first instance together with its objections. Accordingly, the parties stipulate and agree that Microsoft's renewed Motion should be transferred to the district court randomly assigned to consider Microsoft's objections, *see* L.R. 50.5, and respectfully request that the Court so order the transfer by endorsing this letter.

Because this letter discusses filings that are currently under seal (including the renewed NDO), Microsoft respectfully requests that this letter be filed under seal.

Respectfully submitted,

/s/ *Alexander A. Berengaut*
Alexander A. Berengaut

*Counsel to Microsoft Corporation*

cc: All Counsel of Record (By Email)