UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH SPECIFIED
EMAIL ACCOUNTS

Case No. 18-MJ-723

NOTICE OF APPEARANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Lauren Moxley, an attorney admitted *pro hac vice* to practice before this Court in the above-captioned matter, hereby appears as counsel on behalf of Microsoft Corporation in this action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

> Lauren Moxley
> COVINGTON & BURLING LLP
> One CityCenter
> 850 Tenth Street, NW
> Washington DC  20001
> Tel.: (202) 662-6000
> E-mail: lmoxley@cov.com

Dated: Washington, DC
September 26, 2019

COVINGTON & BURLING LLP

By:    /s/ Lauren K. Moxley
      Lauren K. Moxley

One CityCenter
850 Tenth Street, NW
Washington DC  20001
(202) 662-6000
lmoxley@cov.com

*Counsel for Microsoft Corporation*