UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: Case No. 18-MJ-723
IN THE MATTER OF THE SEARCH OF :
INFORMATION ASSOCIATED WITH SPECIFIED : AFFIDAVIT IN SUPPORT OF
E-MAIL ACCOUNTS : MOTION TO ADMIT
: COUNSEL *PRO HAC VICE*
:
------------------------------------------------------------- x

I, MARYANN T. ALMEIDA, being duly sworn, hereby depose and say as follows:

1. I am a lawyer at the law firm Davis Wright Tremaine LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the state of Washington and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Attorney Registration Number for Washington is 49086 and for the District of Columbia it is 1014745.

8. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case No. 18-MJ-723 for Microsoft Corporation.

Dated: September 30, 2019
Seattle, Washington

By: _____
MaryAnn T. Almeida

**NOTARIZED**

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Email: maryannalmeida@dwt.com
Phone: (206) 757-8353

SUBSCRIBED AND SWORN TO before me this 30th day of September 2019.

_____
NOTARY PUBLIC in and for the State of
Washington, residing at Seattle WA.
My appointment expires: _____
Print Name: _____