

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Mary Ann Tatiana Almeida*

was duly qualified and admitted on May 13, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
September 27, 2019.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION ) | BAR NO. 49086 |
| ) | |
| OF ) | **CERTIFICATE** |
| ) | |
| MARYANN TATIANA ALMEIDA ) | **OF** |
| ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE ) | **GOOD STANDING** |
| ) | |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**MARYANN TATIANA ALMEIDA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 1, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 12th day of September, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court