UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN THE MATTER OF THE SEARCH
OF INFORMATION ASSOCIATED
WITH SPECIFIED E-MAIL
ACCOUNTS

-------------------------------------------------------------X

18-MJ-723 (PK)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Bruce D. Brown__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __the Reporters Committee for Freedom of the Press__ and a member in good standing of the bar(s) of the State(s) of __Massachusetts and District of Columbia__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __the Reporters Committee for Freedom of the Press__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10/29/2019

Respectfully submitted,

*/s/ BDB*

Signature of Movant
Firm Name __the Reporters Committee for Freedom of the Press__
Address __1156 15th St. NW, Suite 1020__
__Washington, D.C. 20005__
Email __bbrown@rcfp.org__
Phone __202-795-9301__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SPECIFIED E-MAIL ACCOUNTS      Plaintiff(s),

Defendant(s).

-----------------------------------------------------------

18-MJ-723 (PK)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, __Bruce D. Brown__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Executive Director__ with the law firm of __the Reporters Committee for Freedom of the Press__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Massachusetts and District of Columbia__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: __BBO # 629541 (MA); 457317 (DC)__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __18-MJ-723 (PK)__ for __amici curiae__ the Reporters Committee for Freedom of the Press.

Date __10/29/19__

NOTARIZED [notary seal: KIRSTEN B. POOLE, NOTARY PUBLIC, DISTRICT OF COLUMBIA]

Signature of Movant
Firm Name __the Reporters Committee for Freedom of the Press__
Address __1156 15th St. NW, Suite 1020__
__Washington, D.C. 20005__

Email __bbrown@rcfp.org__
Phone __202-795-9301__

District of Columbia: SS

Sworn to and subscribed before me on the __29__ day of __October__, __2019__

Notary Public's Signature
My Commission Expires __1/31/23__



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Bruce D Brown*

was duly qualified and admitted on March 9, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October
29, 2019.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **April** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

**Bruce David Brown**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **November** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116